IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE HOLDEN PARKER, #A50207, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 09-cv-155-JPG ) |
| ROGER E. WALKER, JR., et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

The Court denied Plaintiff's motion for leave to proceed *in forma pauperis*, finding that he had accumulated at least three strikes (Doc. 5). *See* 28 U.S.C. § 1915(g). On July 17, 2009, the Court denied Plaintiff's motion to reconsider that ruling (Docs. 6, 7), directing Plaintiff to pay the $350 filing fee within 15 days. No payment was received within the allotted time.

**IT IS THEREFORE ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**Dated: August 10, 2009.**

                                                 s/ J. Phil Gilbert
                                                 U. S. District Judge